IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD CORRAL,

    Petitioner,

v.

RANDY GROUNDS, Warden,

    Respondent.

No. C 13-03622 SBA (PR)

**JUDGMENT**

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

    IT IS SO ORDERED.

DATED: 9/16/13

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.13\Corral3622.jud.wpd